IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KINGVISION PAY-PER-VIEW CORP., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:04-0687 |
| | ) | Judge Trauger |
| HERMAS JAMARILLO, d/b/a El Amigo Mexican | ) | Magistrate Judge Brown |
| Restaurant, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On August 30, 2005, the Magistrate Judge issued a Report and Recommendation (Docket No. 25), recommending that a Default Judgment in a set amount be entered against the defendant. No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that judgment is entered in favor of the plaintiff against the defendant, Hermas Jamarillo, d/b/a El Amigo Mexican Restaurant, in the amount of $25,000 in statutory damages and $2,105.41 in attorney's fees and expenses, for a total amount of $27,105.41.

It is so **ORDERED.**

Enter this 3rd day of October 2005.

_____
ALETA A. TRAUGER
U.S. District Judge